JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN DAVID BROOKS, )<br>         Plaintiff, )<br>   vs. )<br>MANFRED SCHMITT, et al., )<br>         Defendants. )<br>_____ ) | Case No.:  ED CV 06-869 DSF (Ex)<br><br>JUDGMENT OF DISMISSAL |

    The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and a Second Order to Show Cause re Dismissal For Lack of Prosecution and plaintiff not having timely responded, and this case having been filed more than two and a half years ago without service on any defendant,

    IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, and that the action be dismissed without prejudice.

Dated: 3/9/09

                                                               _____<br>
                                                                Dale S. Fischer<br>
                                                         United States District Judge